[Civ. No. 1555. Fourth Appellate District.—December 6, 1934.]

WINIFRED WADSWORTH, Appellant, v. JUAN GONZALES et al., Respondents.

Charles E. Hobart and J. K. Lilly for Appellant.

Borton & Petrini, Osborn & Burum and Harry M. Conron for Respondents.

MARKS, J.—This is a motion to dismiss an appeal from a judgment and from an order denying a motion for new trial. The facts are identical with those in the case of *Ida F. Wadsworth* v. *Juan Gonzales*, bearing our civil number 1554 (*ante*, p. 651 [38 Pac. (2d) 860], the opinion in which case is this day filed.

Upon the authority of that case, and for the reasons there given, the motion to dismiss the appeal is denied without prejudice to the making of another such motion at a future time and the right of the court to dismiss on its own motion or otherwise the attempted appeal from an unappealable order.

Barnard, P. J., and Jennings, J., concurred.